# EXHIBIT 1

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| **STATE OF MICHIGAN**<br>6TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS** | **CASE NO.**<br>22-193984-CH |

**Court address**: 1200 N Telegraph, Pontiac, MI 48341

**Court telephone no.**: (248) 858-0344

| Plaintiff's name(s), address(es), and telephone no(s).<br>SHYAMPRASAD VELUMANI | v | Defendant's name(s), address(es), and telephone no(s).<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE, MIN 1000157-0005682832-6 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>David Applebaum (P78794)<br>2804 Orchard Lake Rd, Ste 203<br>Keego Harbor, MI 48320<br>(248) 977-4182 | | This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling. |

**Instructions**: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to file a written **answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 5/5/2022 | AUG 04 2022 | Lisa Brown |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19) SUMMONS    MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

41925338

Case 2:22-cv-11205-LJM-DRG ECF No. 1-2, PageID.12 Filed 06/01/22 Page 3 of 11

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

STATE OF MICHIGAN
IN THE CIRCUIT COURT OF OAKLAND COUNTY

SHYAMPRASAD VELUMANI,

    Plaintiff,

v

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AS NOMINEE, MIN
1000157-0005682832-6,

    Defendant.

2022-193984-CH

Case No. 22-    -CH
Hon.
JUDGE DANIEL P. O'BRIEN

---

LINNELL & ASSOCIATES, PLLC
By: DAVID H. APPLEBAUM (P78794)
Attorneys for Plaintiffs
2804 Orchard Lake Rd., Ste. 203
Keego Harbor, Michigan 48320
Telephone: (248) 977-4182

---

**THERE IS NO OTHER CIVIL ACTION BETWEEN THESE PARTIES ARISING OUT OF THE SAME TRANSACTION OR OCCURRENCE AS ALLEGED IN THIS COMPLAINT PENDING IN THIS COURT, NOR HAS ANY SUCH ACTION BEEN PREVIOUSLY FILED AND DISMISSED OR TRANSFERRED AFTER HAVING BEEN ASSIGNED TO A JUDGE.**

## COMPLAINT TO QUIET TITLE

NOW COMES Plaintiff SHYAMPRASAD VELUMANI (hereinafter "Plaintiff"), by and through his attorneys, LINNELL & ASSOCIATES, PLLC, and states the following for his Complaint to Quiet Title:

1. Plaintiff is an individual who resides in the State of Michigan.

2. Upon information and belief, Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al ("MERS") is a corporation that conducts business in Oakland County, Michigan.

3. Plaintiff seeks equitable relief pursuant to MCL 600.2932 to quiet title against Defendant regarding real property located in Oakland County, Michigan; therefore this Court has jurisdiction, and this Court is the proper venue for the Complaint.

4. This Complaint involves title to real property commonly known as 227 Rowe Rd, Milford, MI 48380 (the "Property") and legally described as:

   "The East 100 feet of the West 298 feet of the North 330 feet of the Northeast ¼ of the Northwest ¼ of Section 3, Town 2 North, Range 7 East, Oakland County Records."

5. On or about August 17, 2021, Plaintiff acquired his interest in the Property based on a sheriff's sale on mortgage foreclose. See Sheriff's Deed attached as **Exhibit A**.

6. Defendant MERS at one time had an interest in the Property based on a mortgage. The mortgage was recorded in Liber 36729, Page 744, Oakland County Records. The original lender's interest is now held by MERS.

7. Defendant failed to properly discharge its mortgage.

8. Upon information and belief, MERS's mortgage had been satisfied.

9. Accordingly, Defendant is improperly clouding title to the Property.

10. Plaintiff is a bona fide purchaser for value who paid valuable consideration for the Property.

11. In accordance with Michigan law, Plaintiff owns the Property in fee simple absolute.

   WHEREFORE, Plaintiff respectfully request that this Honorable Court:

   A. Enter judgment determining that Plaintiff holds full legal and equitable title to the Property in fee simple absolute, free and clear of any and all claims of Defendant in this action, and quieting title to the Property forever in Plaintiff.

   B. Grant such other relief as is equitable.

Respectfully Submitted<br>
LINNELL & ASSOCIATES, PLLC<br><br>
/s/ David Applebaum<br>
David Applebaum (P78794)<br>
Attorneys for Plaintiff<br>
2804 Orchard Lake Rd., Ste. 203<br>
Keego Harbor, MI 48320<br>
(248) 977-4182

# EXHIBIT A

## SHERIFF'S DEED ON MORTGAGE SALE

This Indenture, Made the 17th day of August, 2021, between __ROGER A. St. JEAN__ _____, a Deputy Sheriff in and for Oakland County, Michigan, party of the first part, and /SHYAMPRASAD VELUMANI 41118 CLERMONT AVE., NOVI, MI 48375

**WITNESSETH**, The Whereas, Bruce Lavalley, an unmarried individual, original mortgagor, made a certain Mortgage to (hereinafter called the "Mortgagee"), National City Bank, dated March 16, 2007, and recorded March 29, 2007 in Liber 38934, Page 373, in Oakland County records, Michigan, and assigned to US Mortgage Resolution, LLC recorded on September 19, 2018 in Liber 52196, Page 730, in Oakland County records, and assigned to Trinity Financial Services LLC recorded on October 10, 2019 in Liber 53362, Page 302 and on December 5, 2019 in Liber 53579, Page 883 in Oakland County records and assigned to Aspen Properties Group, LLC as Trustee of AG3 Revocable Trust recorded December 5, 2019 in Liber 53579, Page 884 in Oakland County records, Michigan

**WHEREAS**, said Mortgage contained a power of sale, which has become operative by reason of a default in the conditions of said Mortgage, and

**WHEREAS**, no suit or proceedings at law or in equity have been instituted to recover the debt secured by such Mortgage or any part thereof, and

**WHEREAS**, by virtue of said power of sale, and pursuant to the statute in the State of Michigan in such case made and provided, a notice was duly published and a copy thereof was duly posted in a conspicuous place upon said premises described in said mortgage that the said premises, or some part of them, would be sold on the 17th day of August, 2021*, at the place of holding the Circuit Court for Oakland County, where the premises are situated, and

**WHEREAS**, pursuant to said notice, I did at 10:00 o'clock, in the forenoon, on the day aforesaid, expose for sale at public venue the said lands and tenements hereinafter described and on such sale did strike off and sell the said lands and tenements to the grantee for the of **FORTY FOUR THOUSAND ONE !DOLLARS 10/100($44,001.00)** ), that being the highest bid therefor and the grantee being the highest bidder, and

**WHEREAS**, said lands and tenements are situated in the Township of Milford, County of Oakland, State of Michigan, described as follows:

The East 100 feet of the West 298 feet of the North 330 feet of the Northeast ¼ of the Northwest ¼ of Section 3, Town 2 North, Range 7 East, Oakland County Records.

Tax Parcel ID No 16-03-100-004

Property commonly known as: 227 Rowe Road, Milford, MI 48380

This instrument is exempt from Michigan State transfer tax under MCL 207.526(v).

Now, this Indenture Witnesseth, That I, the Deputy Sheriff aforesaid, by virtue and pursuant to the statute in such case made and provided, and in consideration of the said sum of money so paid as aforesaid, have granted, conveyed, bargained and sold, and by this Deed do grant, convey, bargain and sell unto the grantee, its successors and assigns, Forever, All the estate, right, title and interest which the said Mortgagors had in the said lands and tenements and every part thereof, on the 5th day of December, 2018, that being the date of said mortgage, or at any time thereafter, To Have and to Hold the said lands and tenements and every part thereof to the said grantee, its successors and assigns forever, to their sole and only use, benefit and behoove forever, as fully and absolutely as I, the Deputy Sheriff aforesaid,

REVENUE TO BE CHARGED ON $ 43,952.05
BY ___ OAKLAND COUNTY CVR. DEEDS

under the authority aforesaid, might, could or ought to sell the same.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal, the date and year first above written.

**ROGER A. St. JEAN**
_____ (Seal)
Deputy Sheriff in and for the County of Oakland

State of Michigan     )
                      ) ss.
County of Oakland     )

On this August 17, 2021, before me, a Notary Public, in and for said County of Oakland, came **ROGER A. St. JEAN** a Deputy Sheriff of said County, known to me to be the individual described in and who executed the above conveyance, and who acknowledged that he/she executed the same as his/her free act and deed.

**NATHAN COOK**
**NOTARY PUBLIC**
**OAKLAND COUNTY, MI**
**My Comm. Expires 3-16-2024**

_____
Notary Public, Oakland County, Michigan
My commission expires: _____
Acting in Oakland County, Michigan

- Adjourned from July 20, 2021 to August 17, 2021 by posting a notice of adjournment at the place of sale for Oakland County, Michigan

This instrument drafted by and when recorded return to:
Crystal L. Saresky
600 Vine Street, Suite 2500
Cincinnati, OH 45202

**(Affidavit of Auctioneer)**

State of Michigan )
                   ) ss.
County of Oakland )

**ROGER A. St. JEAN**, being duly sworn, deposes and says that he is a Deputy Sheriff of said Oakland County; that he acted as auctioneer, and made the sale as described in the annexed Deed pursuant to the annexed printed notice: that said sale was opened at 10:00 a.m. on August 17, 2021, at the place of holding the Circuit Court in said Oakland County, and said sale was kept open for the space of one hour; that the highest bid for the lands and tenements therein was the sum of **FORTY FOUR THOUSAND ONE DOLLARS 00/100 ($44,001.00)** made by **SHYAMPRASAD VELUMANI**, that said sale was in all respects open and fair; and that he did strike off and sell said lands and tenements to said bidder, which purchase the said lands and tenements fairly, and in good faith, as deponent believes.

**ROGER A. St. JEAN**
Deputy Sheriff in and for Oakland County

Sworn to and subscribed before me this _August 17,_ 2021.

Notary Public, Oakland County, Michigan
My commission expires: _____
Acting in Oakland County, Michigan

NATHAN COOK
NOTARY PUBLIC
OAKLAND COUNTY, MI
My Comm. Expires 3-16-2024

State of Michigan )
                   ) ss.
County of Oakland )

    I DO HEREBY CERTIFY, that the last day to redeem is February 17, 2022 after which the Sheriff's Deed will become operative, unless determined abandoned in accordance with 1948CL 600.3241, in which case the redemption period shall be 30 days from the date of such sale, unless redeemed according to the law, in such case made and provided.

**ROGER A. St. JEAN**
Deputy Sheriff for Oakland County, Michigan

This instrument drafted by and when recorded return to:
Crystal L. Saresky
600 Vine Street, Suite 2500
Cincinnati, OH 45202

## NON-MILITARY AFFIDAVIT

STATE OF OHIO )
) ss
COUNTY OF HAMILTON )

The Affiant, Crystal L. Saresky, being first duly cautioned and sworn according to law, deposes and says on the basis of personal knowledge:

1. That Affiant is employed as an Attorney with Wood & Lamping LLP ("Red Stick Acquisitions, LLC's counsel").
2. That Affiant or employees of Wood & Lamping LLP caused a search of the records of the Department of Defense Manpower Data Center ("DDMDC") to be performed.
3. Affiant reviewed the results provided by the DDMDC website and according to that search, Bruce Lavalley is not currently nor has been on active military duty within the past twelve (12) months as defined by the Soldiers and Sailors Civil Relief Act of 1940 and the Servicemen's Civil Relief Act of 2003, as temporarily modified by Section 2203(a) of the Housing and Economic Recovery Act, 50 U.S.C. App 3901.
4. Affiant further states that this Affidavit is made for the purpose of preserving a record and clearing title by virtue of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended. **Further affiant sayeth naught.**

Crystal L. Saresky (P78177)
Date of Execution: 08/10/2021

Sworn to or affirmed and subscribed before me by Crystal L. Saresky this date of August 10th, 2021

Catherine Moore
Notary

CATHERINE MOORE
Notary Public, State of Ohio
My Commission Expires
February 27, 2024

Department of Defense Manpower Data Center

Results as of : Aug-10-2021 05:19:31 AM
SCRA 5.9



Status Report
Pursuant to Servicemembers Civil Relief Act

SSN:
Birth Date:
Last Name: LAVALLEY
First Name: BRUCE
Middle Name:
Status As Of: Aug-10-2021
Certificate ID: XWD9YP618KDS9S1

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects the individuals' active duty status based on the Active Duty Status Date

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects whether the individual or his/her unit has received early notification to report for active duty

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.